UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES CO. | § | |
| | § | |
| v. | § | |
| | § | |
| CAROLYN FJORD, KATHERINE R. ARCELL, KEITH DEAN BRADT, JUDY BRAY, JOSE' M. BRITO, JAN MARIE BROWN, ROBERT D. CONWAY, JUDY CRANDALL, ROSEMARY D'AUGUSTA, BRENDA K. DAVIS, PAMELA FAUST, DON FREELAND, DONALD V. FRY, GABRIEL GARAVANIAN, HARRY GARAVANIAN, YVONNE JOCELYN GARDNER, LEE M. GENTRY, VALARIE ANN JOLLY, GAIL S. KOSACH, MICHAEL C. MALANEY, LEN MARAZZO, LISA MCCARTHY, PATRICIA ANN MEEUWSEN, L. WEST OEHMIG, JR., CYNTHIA PROSTERMAN, DEBORAH M. PULFER, DANA L. ROBINSON, ROBERT A. ROSENTHAL, BILL RUBINSOHN, SONDRA K. RUSSELL, SYLVIA N. SPARKS, JUNE STANSBURY, CLYDE D. STENSRUD, WAYNE TALEFF, GARY TALEWSKY, ANNETTE M. TIPPETTS, DIANA LYNN ULTICAN, J. MICHAEL WALKER, PAMELA S. WARD, CHRISTINE O. WHALEN, | § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No._____ |
| Defendants. | § | |

**AFFIDAVIT OF JOHN JAMOTTA**

STATE OF TEXAS   §
DALLAS COUNTY   §

Before me, the undersigned notary, on this day personally appeared John Jamotta, the affiant, a person whose identity is known to me. After I administered an oath, affiant testified as follows:

# EXHIBIT B

1

1. My name is John Jamotta. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am currently employed as Vice President of Scheduling and Initiatives at Southwest Airlines Co. ("Southwest"), which is a role I assumed on January 8, 2014. Prior to that time, I had the title of Vice President of Network Planning at Southwest. I held that role since October 2010. In that role and in my current role, I am responsible for overseeing a team of network planners (the "Network Planning Team") that monitors, evaluates, and optimizes Southwest's flight routes, and that makes recommendations regarding flight schedule changes to management.

3. As part of this optimization process, Southwest makes regular changes to its flight schedule (each, a "Schedule Change"). These changes are made between five and ten times per year, on average, and may include: (i) increases or decreases in the frequency of flights to or from a particular destination, (ii) adding Southwest service to or from a new destination, and (iii) terminating service to or from a particular destination.

4. Any Schedule Change is made only after the Network Planning Team performs complex evaluation of dozens of different factors (including, but not limited to, operational and mechanical considerations such as the quality of and services available at a particular airport, financial and profitability factors, and the competitive landscape). The Network Planning Team analyzes and uses this data on an ongoing, daily basis in order to optimize each Southwest flight's efficiency and profitability.

5. Following that complex evaluation, any recommendations from the Network Planning Team then undergo a multi-step management-approval process. Southwest treats its internal analyses, recommendations, and discussions pertaining to any actual, prospective, and/or

potential Schedule Changes as highly confidential and proprietary. Southwest does not disclose or share this information with any non-Southwest personnel and release of this information would harm the company.

6. Southwest's standard practice after a Schedule Change has been approved internally is to publicly announce the Schedule Change via press release and via publication of its flight schedules. All of Southwest's press releases for more than the last five years are published and publicly available on Southwest's website at: http://swamedia.com/releases. Southwest's current flight schedules are available on its website at: http://www.southwest.com/flight/request-schedule.html?int=GSUBNAV-AIR-SCHEDULES. Southwest issued a press release on or about December 5, 2013 announcing that it terminated service to Branson, Missouri, Key West, Florida, and Jackson, Mississippi.

7. Southwest is required to file monthly air traffic reports with the United States Department of Transportation ("DOT") which show, among other information, how often Southwest's planes fly each route. This data is available to the public on the DOT's website.

8. Herbert Kelleher is currently the Chairman Emeritus of Southwest's Board of Directors (the "Board"). Mr. Kelleher resigned as Chief Executive Officer of Southwest in 2001. He resigned as Chairman of the Board on or about May 21, 2008. Mr. Kelleher has no knowledge of and no approval authority over any internal analyses, recommendations, or discussions regarding any Southwest flight schedule changes that were made since his resignation from the Board.

FURTHER AFFIANT SAYETH NOT.

_____
John Jamotta

SUBSCRIBED AND SWORN TO BEFORE ME the 17th day of January, 2014.

[SEAL]

*MINDY SISSON*
*Notary Public, State of Texas*
*My Commission Expires*
*February 01, 2016*

_____
Notary Public, State of Texas

Mindy Sisson
_____
Printed Name of Notary

My Commission Expires: 2/1/16

4