IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SOUTHWEST AIRLINES CO.**, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:14-MC-15-L** |
| **CAROLYN FJORD,** *et al.*, | § § § | |
| Defendants. | § | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), the **Petition for Miscellaneous Proceeding to Quash Out of State Subpoenas and to Obtain Protective Order of Southwest Airlines**, filed January 17, 2014, is hereby **referred** to United States Magistrate Judge **Irma Carrillo Ramirez** for hearing, if necessary, and determination. This order of reference also prospectively refers all procedural motions that are related to the referred motion to the United States Magistrate Judge for resolution. All future filings regarding the referred motion shall be addressed "To the Honorable United States Magistrate Judge" – not to the district judge or court – and shall be accompanied by a transmittal letter addressed to the magistrate judge so that filings will reach her without delay.

**It is so ordered** this 27th day of January, 2014.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order of Reference - Solo Page**